**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | Court File No.: 0:26-cv-02174 (NEB-EMB) |
| Plaintiff, | **DEFENDANT MARK D. ANDERSON'S MOTION TO DISMISS** |
| vs. | |
| MARK D. ANDERSON, BBFY USA, INC., and CAPTAIN DRAKE, LLC, | |
| Defendants. | |

Pursuant to Federal Rules of Civil Procedure 12(b)(6) and 9(b), Defendant Mark D. Anderson moves to dismiss the Complaint in its entirety. As set forth in Anderson's contemporaneously filed memorandum of law, the SEC fails to plead fraud with the particularity Rule 9(b) requires, including the requisite who/what/when/where/how of any deceptive conduct. It does not allege particularized facts giving rise to a strong inference of scienter; its "scheme liability" theory impermissibly repackages a misstatement/omission narrative without any distinct deceptive act; and it fails to plead materiality, particularly as to the 2022 rights offering. This Motion is based on Rules 12(b)(6) and 9(b), Anderson's Memorandum of Law filed contemporaneously herewith, and the files, records, and proceedings in this action. For the reasons set forth more fully in the memorandum of law, Anderson respectfully requests that the Court grant this Motion and dismiss the Complaint in its entirety.

Respectfully submitted,

Dated:  June 18, 2026

*s/ Lukas Belflower*
Lukas F. Belflower MN Bar No.:  0401161
Tamara A. Seelman (admitted *pro hac vice*)
Lillian Alves (admitted *pro hac vice)*
Gordon Rees Scully Mansukhani, LLP
555 Seventeenth Street, Suite 3400
Denver, Colorado 80202
Tel.: (303) 534-5160
Fax: (303) 534-5161
tseelman@grsm.com
lalves@grsm.com

*Attorneys for Defendant Mark D. Anderson*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 18th day of June 2026, a true and accurate copy of the foregoing was electronically filed with the Clerk of the United States District Court using the CM/ECF system, which will send notification of such to the following:


Zachary T. Carlyle
Rachel E. Yeates
U.S. Securities and Exchange Commission
1961 Stout Street, Suite 1700
Denver, CO 80294-1961

*Attorneys for Plaintiff Securities and Exchange Commission*


*/s/ Shawn R. McLeod*
For Gordon Rees Scully Mansukhani LLP