# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States Securities and Exchange Commission, | Case No. 0:26-CV-02174-NEB-EMB |
| Plaintiff, | |
| v. | |
| Mark Anderson, BBFY USA, Inc., and Captain Drake, LLC, | |
| Defendants. | |

## DEFENDANTS BBFY USA, INC.'S AND CAPTAIN DRAKE, LLC'S JOINT MOTION TO DISMISS

## <u>MOTION</u>

Pursuant to Fed. R. Civ. P. 12(b)(6) and Fed. R. Civ. P. 9(b), Defendants BBFY USA, Inc. and Captain Drake, LLC hereby move the Court for an Order dismissing, with prejudice, Plaintiff's Complaint [ECF No. 1]. Plaintiff's Complaint fails to state any plausible claim for relief and fails to plead fraud with particularity.

Said motion will be based on all the files, records, and proceedings herein, including the pleadings, Defendants BBFY USA, Inc.'s and Captain Drake, LLC's joint memorandum of law made in support of the motion, and the arguments of counsel.

Respectfully,

**CHRISTENSEN SAMPSEL PLLC**

Dated: June 18, 2026

 /s/ Aaron D. Sampsel

Carl E. Christensen (MN #350412)
Aaron D. Sampsel (MN #398521)
305 North Fifth Avenue, Suite 375
Minneapolis, Minnesota 55401
(612) 473-1200
carl@christensensampsel.com
aaron@christensensampsel.com

*Attorneys for Defendants*
*BBFY USA, Inc. and Captain Drake, LLC*

2